## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TOMMIE LEE WILLIAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 21-0023-CG-N** |
| | ) | |
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the **opinion of this court.  It is ORDERED that this action be and is hereby DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** and **ORDERED** this the 21st day of July, 2021.

<u>/s/ Callie V. S. Granade</u>
SENIOR UNITED STATES DISTRICT JUDGE