IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TOMMIE LEE WILLIAMS,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 21-0023-CG-N ) |
| **STATE OF ALABAMA,** | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without pre**judice.

**DONE** and **ORDERED** this the 21st day of July, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE